UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFONZO TYLER and ZINA TYLER,

          Plaintiffs,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

          Defendant.
_____/

No. C 07-02229 MHP

**JUDGMENT**

    This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed affirming the decision of the Administrative Law Judge,

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety.

Dated: 12/21/2007

                                          MARILYN HALL PATEL
                                          United States District Court Judge
                                          Northern District of California