FILED

FEB - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO TYLER and ZINA TYLER | No. C07 - 2229 MHP |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

**IT IS SO ORDERED** that Plaintiff's Application To Proceed In Forma Pauperis on the notice of appeal is DENIED.

Dated: 1/31/08

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE